Peter C. Anderson
United States Trustee
Michael Hauser SBN 140165
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
michael.hauser@usdoj.gov

**FILED & ENTERED**

**FEB 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Summit Financial, Inc.,<br><br><br>            Reorganized Debtor | Case No. 8:21-bk-12276-SC<br><br>Chapter 11<br><br>**Order Dismissing Case With a 180-day Restriction Against Re-filing a Case Under any Chapter**<br><br><br>Date:   February 14, 2023<br>Time:  11:00 a.m.<br>Courtroom:  **5C-VIRTUAL**<br>Address:  411 W. 4th St.<br>                  Santa Ana, CA 92701 |

A hearing was held via ZoomGov on February 14, 2023, at 11:00 a.m. before the Honorable Scott Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C, on the Court's *Order Directing Reorganized Debtor to Appear and Show Cause Why the Case Should Not Be Converted or Dismissed for Failure to Pay Post-Confirmation Payments* [dkt. # 260].  Michael Hauser, Esq. appeared on behalf of the U.S. Trustee, Subchapter V Trustee, Mark Sharf, appeared on his own behalf, M. Douglas Flahaut, Esq. appeared on behalf of the Reorganized Debtor, Ernie Park, Esq. appeared

1

on behalf of Woodbury Town Center, LLC and Quail Hill Shopping Center, LLC, and Jamie D. Mottola, Esq. appeared on behalf of CalPrivate Bank.

The Court having read and considered all pleadings filed on the Court's docket, as well as having heard the arguments of the above counsel, finds that for the reasons stated on the record: (1) cause exists to dismiss this case with a 180-day restriction against re-filing a case under any chapter; (2) dismissal is in the best interests of creditors and the estate; and (3) that unusual circumstances do not exist that would preclude dismissal of this case.

**IT IS ORDERED:**

1. The above captioned case is dismissed with a 180-day restriction against re-filing a case under any chapter.

###

Date: February 22, 2023

Scott C. Clarkson
United States Bankruptcy Judge